NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROGER RIEHL,                              )
                                         )
              Appellant,                  )
                                         )
v.                                        )          Case No. 2D19-3595
                                         )
STATE OF FLORIDA,                         )
                                         )
              Appellee.                   )
_____)

Opinion filed September 9, 2020.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.